BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
GRANT RABENN
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ONOFRE ESPINOZA-TORRES<br>aka PEDRO ONOFRE ESPINOZA,<br><br>   Defendant. | CASE NO.  1:11-CR-295  (LJO-SKO)<br><br>**STIPULATION SETTING MOTIONS IN LIMINE FILINGS AND HEARING**<br><br>DATE:  November 13, 2012<br>TIME:   8:30 a.m.<br>JUDGE:  Hon. Lawrence J. O'Neill |

This case is set for trial on November 27, 2012, with a trial confirmation hearing on November 13, 2012.  The parties would like to file their respective motions in *limine* on November 8, 2012 with responses on November 15, 2012.  Furthermore, the parties would like to continue the trial confirmation hearing to November 19, 2012 at 10:30 a.m. so to have the motions in *limine* heard.

                                                                BENJAMIN B. WAGNER
                                                                United States Attorney

DATED: November 7, 2011                    By:  /s/ Yasin Mohammad
                                                                YASIN MOHAMMAD
                                                                Assistant U.S. Attorney


DATED: November 7, 2011                          /s/ Andras Farkas
                                                                ANDRAS FARKAS
                                                                Attorney for Defendant

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11-CR-295 (LJO-SKO) |
| ) | |
| Plaintiff, ) | **ORDER SETTING MOTIONS IN** |
| ) | **LIMINE FILINGS AND HEARING** |
| v. ) | |
| ) | |
| ONOFRE ESPINOZA-TORRES ) | DATE:  November 19, 2011 |
| aka PEDRO ONOFRE ESPINOZA, ) | TIME:    10:30 a.m. |
| ) | JUDGE:  Hon. Anthony W. Ishii |
| Defendant. ) | |

IT IS HEREBY ORDERED THAT that the trial confirmation hearing is rescheduled to November 19, 2012 at 10:30 a.m. during which, *inter alia*, motions in *limine* will be heard.  Motions in limine must be filed on November 8, 2012 with responses due November 15, 2012.

IT IS SO ORDERED.

Dated:   **November 8, 2012**              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE