UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>ONOFRE ESPINOZA-TORRES,<br><br>            Defendant. | No. 1:12-cr-00295-LJO-SKO<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

     The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

     Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

  [ X ]  The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

  [ X ]  The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

     This finding is based on the reasons stated on the record.

DATE: 1/21/2015                                       /s/ Jennifer L. Thurston
                                                       U.S. Magistrate Judge